IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEROME J. JACOBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv169-WKW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #21) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is ORDERED that the RECOMMENDATION (Doc. #21) of the Magistrate Judge is ADOPTED; the Commissioner's decision in this matter is AFFIRMED.

An appropriate judgment will be entered.

Done this 25th day of March, 2008

                                                      /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE

.